BLD-003     UNITED STATES COURT OF APPEALS
                  FOR THE THIRD CIRCUIT
                  _____

                       No. 18-2676
                      _____

              IN RE: EVELYN RIVERA, Debtor

                    John J. Lynch, Sr.,

                            Appellant

          _____

           On Appeal from the United States District Court
              for the Eastern District of Pennsylvania
                    (D.C. No. 2:17-cv-00408)
              District Judge: Honorable Joel H. Slomsky
          _____

    Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B) or
        Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
                           October 1, 2020

        Before: AMBRO, SHWARTZ, and PORTER, Circuit Judges
                      _____

                       **JUDGMENT**
                      _____

	This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) and for possible summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on October 1, 2020. On consideration whereof, it is now hereby

	ORDERED and ADJUDGED by this Court that the judgment of the District Court entered July 3, 2018, be and the same hereby is affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: October 15, 2020

**Certified as a true copy and issued in lieu of a formal mandate on** November 6, 2020

**Teste:** *Patricia A. Dodszuweit*

**Clerk, U.S. Court of Appeals for the Third Circuit**